ANCHOR SAVINGS BANK, FSB, Plaintiff–Appellee,

and

**Stephen Rosenbaum, Frank E. Williams, Jr., Compass Point Partners LLC, and Legal Alpha LLC, on behalf of themselves and on behalf of all other similarly situated holders of Litigation Tracking Warrants of Dime Bancorp, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2013–5005.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2013.

Edwin L. Fountain, Jones Day, Washington, DC, argued for plaintiff-appellee.

With him on the brief were Gregory A. Castanias and Anthony J. Dick.

Paul A. Traina, Engstrom, Lipscomb & Lack, of Los Angeles, CA, argued for plaintiffs-appellants. Of counsel was Jared Wesley Beike.

John J. Todor, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Joyce R. Branda, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Scott D. Austin, Assistant Director.

PROST, BRYSON, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**